[No. 27738-7-II.   Division Two.   January 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DAVID WILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-00576-6, Terry K. McCluskey, J., entered August 20, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 27829-4-II.   Division Two.   January 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP R. BOLING, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 99-1-00067-1, Thomas J. Majhan, J., entered September 13, 2001. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 28780-3-II.   Division Two.   January 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE A. FROST, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-8-00290-8, Toni A. Sheldon, J., entered May 7, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 48517-2-I.   Division One.   January 6, 2003.]

LINDA PHELPS, *Appellant*, v. GARY SMITH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-06788-6, Gregory P. Canova, J., entered May 3, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, A.C.J., and Grosse, J.